UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| Wayne Lukefahr, et. al., ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Case No. 4:13-cv-1436 CDP |
| vs. ) | |
| ) | |
| Dan Rieckenberg, et. al., ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

## ORDER

The above styled and numbered case was filed on July 24, 2013 and randomly assigned to the Honorable Catherine D. Perry , United States District Judge.

After a review of the case, the Clerk's Office determined  that the case was opened incorrectly.   The case should have been assigned to the Southeastern Division. Accordingly,

**IT IS HEREBY ORDERED** that the case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:13-cv-00111**.  IT IS FURTHER ORDERED** that cause number 4:13-cv-1436 CDP be administratively closed.

Dated this 26th day of July, 2013.          JAMES G. WOODWARD
                                           Clerk of Court
                                           By: /s/Michele Crayton
                                               Deputy In Charge

**Please note the new case number: 1:13cv00111 SNLJ.**